UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RUSSELL BOND,

                                                    Plaintiff,

                            -against-

THE CITY OF NEW YORK, et. al.,

                                                    Defendants.

------------------------------------------------------------------ x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

11 Civ. 3164 (BMC)

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about July 1, 2011, and an amended complaint on September 29, 2011, alleging that defendants violated plaintiff's federal civil rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;  and

**WHEREAS,** plaintiff has authorized his counsel to agree to the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.      The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or fees in excess of the amounts specified in paragraph "2" below.

2.      Defendant City of New York hereby agrees to pay plaintiff Russell Bond One Thousand ($1,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees.  In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants and to release the defendants and any present or former employees and

agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action from the beginning of the world to the date of the General Release, including claims for costs, expenses and attorneys' fees.

3.      Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens.  If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit,  prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments.  A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4.      Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.      Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.      Plaintiff agrees to hold harmless the City of New York and the individual defendants regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter.  If conditional and/or future anticipated Medicare payments have not been satisfied, the City reserves the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
        October 28 , 2011


Afsaan Saleem, Esq.                         MICHAEL A. CARDOZO
Harvis and Saleem LLP                       Corporation Counsel of the
305 Broadway, 14ᵗʰ Floor                    City of New York
New York, N.Y. 10007                        New York, New York 10007
Attorneys for Plaintiff                     Attorney for Defendants City of New York,
(212) 323-6880                              Edreweene Raymond and Steven Griffith
                                            100 Church Street, Room 3-211
                                            New York, N.Y. 10007
                                            (212) 442-8248


By: _____  10/28/11    By: _____
    Afsaan Saleem, Esq.                    Mark D. Zuckerman, Esq.
    Attorney for Plaintiff                 Senior Counsel


SO ORDERED: 10/31/11
    s/ BMC
    _____
    U.S.D.J.